# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; ANIMAL LEGAL DEFENSE FUND; PROJECT COYOTE / EARTH ISLAND INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES; JANET L. BUCKNALL, Deputy Administrator, USDA APHIS Wildlife Services,<br><br>    Defendants. | No. 3:19-CV-05362-LB<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINE AND THE PARTIES' CASE MANAGEMENT STATEMENT DEADLINE, AND VACATING THE INITIAL CASE MANAGEMENT CONFERENCE** |

Upon consideration of the parties' stipulation submitted on October 29, 2019, and for good cause shown, the Court hereby orders:

1. Defendants' response and the parties' Case Management Statement are due on January 10, 2020.

2. The Initial Case Management Conference is ~~vacated~~. reset to February 20, 2020. Case Management Statements due by February 13, 2020.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 30__, 2019

_____
LAUREL BEELER
United States Magistrate Judge

PROPOSED ORDER   1
*Center for Biological Diversity, et al. v. U.S. Dep't of Agriculture APHIS Wildlife Servs., et al.*,
No. 3:19-cv-05362-LB