PRERAK SHAH
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

HAYLEY A. CARPENTER (CA 312611)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES, *et al.*,<br><br>Federal Defendants. | Case No. 3:19-cv-05362-LB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The Parties to this action are concurrently filing a Settlement Agreement that resolves Plaintiffs' claims in this case. In consideration of that Settlement Agreement, the Parties stipulate pursuant to Fed. R. Civ. P. 41 that this case may be dismissed with prejudice. The Parties further request this Court retain jurisdiction over this case for the sole purpose of enforcing compliance with the terms of the Settlement Agreement or resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' Agreement.

SO STIPULATED:

Respectfully submitted this 6th day of April, 2020.

| | |
|---|---|
| /s/ *Collette L. Adkins (with permission on April 6, 2020)*<br>COLLETTE L. ADKINS, MN Bar No. 035059X<br>(*pro hac vice*)<br>Center for Biological Diversity<br>P.O. Box 595<br>Circle Pines, MN 55014-0595<br>Phone: (651) 955-3821<br>Fax: (510) 844-7150<br>cadkins@biologicaldiversity.org<br><br>CRISTINA R. STELLA (CA Bar No. 305475)<br>Animal Legal Defense Fund<br>6439 E. Maplewood Ave.<br>525 E. Cotati Ave.<br>Cotati, CA 94931-4091<br>Phone: (707) 795-2533 ext. 1055<br>Fax: (707) 795-7280<br>cstella@aldf.org<br><br>*Attorneys for Plaintiffs* | PRERAK SHAH<br>Acting Deputy Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br>/s/ *Hayley A. Carpenter*_____<br>HAYLEY A. CARPENTER, CA Bar No. 312611<br>Trial Attorney<br>Natural Resources Section<br>PO Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0242<br>hayley.carpenter@usdoj.gov<br><br>*Attorneys for Defendants* |

**[PROPOSED] ORDER**

The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that in consideration of the Settlement Agreement concurrently filed by the Parties, this case is hereby dismissed with prejudice, but the Court retains jurisdiction over this case for the sole purpose of overseeing compliance with the terms of the Settlement Agreement and resolving any disputes concerning the implementation of the Settlement Agreement as set forth in the Parties' agreement.

DATED: April 6, 2020

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE